

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Chen_____   __Michael_____   _____
     (Last)                      (First)              _(Initial)

Prisoner Number __P40268_____

Institutional Address __TCCF, 415 U.S. Highway 49 North, Tutwiler, MS 38963__



·_ **E-filing**

            UNITED STATES DISTRICT COURT ·

            NORTHERN DISTRICT OF CALIFORNIA

             **CV11     4255** **JSW**

__Michael Chen_____

Full Name of Petitioner                           Case No.(To be provided by **(PR)**
                                         clerk of court)

      vs.

__Bobby Phillips, Warden of CCA/TCCF__PETITION FOR A WRIT OF HABEAS CORPUS
    Name of Respondent Et Al        Clarification of "What Law Governs CA or MS"
    (Warden or jailor)

Read Comments Carefully Before Filling In

When and Where to File

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1

petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1.    What sentence are you challenging in this petition? *None.*
☑ OtheR (Specifically) What Law GoveRNS A California pRisoneR injured in CCA/TCCF, MS.

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

_SANTA CLARA SupERioR CouRt_                    _Santa Clara, CA_
Court                                                            Location

(b)    Case number, if known _____
(c)    Date and terms of sentence ___*26 yEARS*___
(d)    Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ☑ No ☐

Where? _I'm A California prisoneR being housed in CCA/TCCF in Tutwiler, MS._
(Name of Institution)                    (Address)

2.    For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_Robbery_ _____

_____

_____

3.    Did you have any of the following?

Arraignment: Yes ✓ No __ Preliminary Hearing: Yes ✓ No __ Motion to Suppress: Yes __ No __

4.      How did you plead?

Guilty _____      Not Guilty _____      Nolo Contendere __✓__

Any other plea (specify) _____

5.      If you went to trial, what kind of trial did you have?  NoNE

Jury _____      Judge alone _____      Judge alone on a transcript _____

6.      Did you testify at your trial?  Yes __ No __ NA

7.      Did you have an attorney at the following proceedings:

(a)      Arraignment   Yes ✓      No __
(b)      Preliminary hearing  ·/      Yes ✓      No __
(c)      Time of plea   Yes ✓      No __
(d)      Trial   Yes __      No ✓
(e)      Sentencing   Yes ✓      No __
(f)      Appeal   Yes __      No ✓
(g)      Other post-conviction proceeding      Yes __      No ✓

8.      Did you appeal your conviction?  Yes ✓ No __

(a)      If you did, to what court(s) did you appeal?

| | | | (Year) | (Result) |
|---|---|---|---|---|
| Court of Appeal | Yes __ | No __ | _____ | _____ |
| Supreme Court of California | Yes __ | No __ | _____ | _____ |
| Any other court | Yes ✓ | No __ | 1999 | DENiEd |
| Appellate Division of Superior Court | | | (Year) | (Result) |

(b)      If you appealed, were the grounds the same as those that you are raising in this petition?                Yes __  No ✓

(c)      Was there an opinion?      Yes __  No ✓

(d)      Did you seek permission to file a late appeal under Rule 31(a)?
                Yes __          No __

4

If you did, give the name of the court and the result:

9.     Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?     Yes ⎽     No √⎽

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court _Supreme Court of California_

Type of Proceeding _Habeas Corpus - S188785_

Grounds raised (Be brief but specific):

a. _Unwaivable Statutory Rights. This unwaivability derives from two statutes_

b. _To Address the overcrowding crisis, the Governor ordered CDCR officials_

c. _Remaining under California's jurisdiction Also means that the prisoner is_

d. _Violated Petitioner's 8th And 14 Amendments to U.S. Constitution_

Result _Petition for Writ of Habeas Corpus denied_ Date of Result _January 12, 2011_

II. Name of Court _Supreme Court of California_

Type of Proceeding _In re Michael Chen on Habeas Corpus - S188785_

Grounds raised (Be brief but specific):

a. _Motion For Reconsideration based on New Change In Law, Effective 01-28-11_

b. _Issuance of An Order To Show Cause To Review The Decision_

c. _Pursuant To Rule 978 of The Cal. Rules of Ct, Petitioner's Request For Publication_

d. _____

Result _Motion For Reconsideration denied_ Date of Result _June 2, 2011_

III. Name of Court _____

6

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____ Date of Result _____

        (b)    Is any petition, appeal or other post-conviction proceeding now pending in any

court?        Yes ☐ No ☑

_____

(Name and location of court)

## B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: It is Evident that AN "AgReement" cannot be made to serve

7

AS A VEHICLE foR THE WAIVER of StAtutoRy RiGhts CREAted by the Cal. Code

Supporting Facts: All coNtRACts which hAVE foR theiR object, diREctly oR iNdiREctly, to EXEMpt ANyoNE fRom REspoNsibility foR his owN fRAud, oR willful iNjuRy to thE pERSoN oR pRopERty of ANothER, oR violAtioN of lAw, whethER willful oR NEgligENt, ARE AgAiNst the policy of the lAw.

Claim Two: HAbEAS (oRpus dENied oN 01-12-11, pRioR to the EffEctive ANd implEMENtAtioN dAtE of 01-28-11, pRioR to this New ChANgE IN LAw.

Supporting Facts: This New ChANgE IN LAw. Which bRiNgs About the AMENdMENt oR AdoptioN of 21 SEctioNs of the CalifoRNiA CodE of REgulAtioNs (CCR), Title 15, CRimE PREVENtioN ANd CoRREctioNs, to iNcoRpoRAtE iNto the CCR, pRoviSioNs coNcERNiNg INMATE / PARolEE AppEAls.

Claim Three: REMAiNiNg uNdER CalifoRNiA's juRisdictioN Also MEANS thAt the pRisoNER is ENtitlEd to ANy Rights oR bENEfits hE oR shE would hAVE REciEVEd iN CalifoRNiA. P.C. §11189, ARt. IV(e).

Supporting Facts: IN ASCERtAiNiNg iN pERSoNAl iNjuRy ActioN whethER ovERRidiNg iNtEREst of ANothER StAtE, othER thAN stAtE whERE iNjuRy occuRREd, Exists so AS to ovERcoME pREsumptioN thAt stAtE with most sigNificANt RElAtioNship is stAtE whERE iNjuRy occuRREd ANd thAt stAtE's substANtivE lAw Applies, cERtAiN fActoRs must bE EvAluAtEd,

If any of these grounds was not previously presented to any other court, state briefly which

grounds were not presented and why:

_____

_____

_____

8

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

_Monday, May 23, 2011 U.S. Supreme Court decision in Plata v. Brown, originally filed in 2001._

_Marciano Plata Et Al v. Brown No. C01-1351 TEH_

Do you have an attorney for this petition?     Yes ☐  No ☑

If you do, give the name and address of your attorney:

_Prepared By: Isaac Nicholas   In Pro Se_

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _July 12, 2011_          _ch_
          Date                          Signature of Petitioner

( rev. 5/96)

9

Michael Chen
P40268
TCCF
415 U.S. Highway 49 North
Tutwiler, Mississippi 38963

Confidential
Legal Mail
Per Cal. Code Regs.

Clerk of th
For The No
45

San Fra

RECEIVED
AUG 2 6 7PM